UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division

FILED
Statesville, NC
OCT 25 2023
Clerk, US District Court
Western District of NC

DUSTIN.MICHAEL.GRIMES )
Plantiff, )
)
)
) COMPLAINT
vs. ) Case No. 5:23-cv-176-MR
Lt. Johathan.Call, Officer# 796 )
Major. FNU. Whitley )
Lt. FNU. Wingler )
Michael. Absher, Officer#982 )
Defendant(s).

---

## A. JURISDICTION

Jurisdiction is proper in this court according to: 1983, "42 U.S.C. §1983"

1st Choice → ✓ 42 U.S.C.§1983

[redacted]

7-28-23 ✓ Other (Please specify) "Constitutional, Violation," Possible Conspiracy - Officer#796, "Your Going to be Criminaly Charged too"? Stated in the hall after Disciplinary Process

## B. PARTIES

1. Name of Plaintiff: DUSTIN.MICHAEL.GRIMES #111546
   Address: Wilkes County Jail
   502 Courthouse Dr.
   Wilkesboro, NC. 28697

2. Name of Defendant: Johathan. Call, Officer# 796
   Address: Place of Work: Wilkes County Jail
   502 Courthouse Dr.
   Wilkesboro, N.C. 28697

   Is employed as Lieutenant (Position/Title) at Wilkes County Jail - Night-Shift (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO _____, if "YES" briefly explain:
He was at work, using his Influence-Rank to carry out these action's, making statement later in hallway "Your Going to be criminally charged too" - "This is going to the Major..."

3. Name of Defendant: FNU. Whitley
Address: Place Of Work: Wilkes County Jail
502 Courthouse Dr.
Wilkesboro, N.C. 28697

Is employed as Major, sworn in at Wilkes County Jail - Sheriff's Office
(Position/Title) (Organization)
P.S.: Day Shift, Monday - Friday...

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO _____, if "YES" briefly explain:
Proported to have been One Of the Officer's to have Filed Charges on me, knowing I was already being adequately Punished, after being tried by the Sheriff's Office - Wilkes County Jail

4. Name of Defendant: FNU. Wingler
Address: Place of Work: Wilkes County Jail
502 Courthouse Dr.
Wilkesboro, N.C. 28697

Is employed as Lieutenant - Sworn in at Wilkes County Jail - Sheriff's Office
(Position/Title) (Organization)
P.S.: Day Shift, Monday - Friday...

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO _____, if "YES" briefly explain:
Proported to have been One of the Officers to have Filed Charges on me, Knowing I was already being adequately Punished, after being tried by the Sheriff's Office - Wilkes County Jail...

(Use additional sheets if necessary.) > On correctly marked additional Page, +1

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

Violation of my Constitutional Rights, Amendment's, 14th, "5th", 1st, "8th", "6th", & "10th" Pretrial punishment, attempting Double-Jeopardy

# B. Parties

5. Name Of Defendant: Michael. Absher, Officer# 982
Address: Place Of Work: Wilkes County Jail
502 Courthouse Dr.
Wilkesboro, N.C. 28697

IS employed as Officer at Wilkes County Jail
Posision/Title (Organization)

P.S.: Was Night Shift, Switched to Day Rotation...
Was the defendant acting under the authority or color of State law at the time these Claims Occured? YES ✓ NO ___, if "YES" briefly explain: Officer, Absher, Went along with & allowed "Lt. Call", to Punish me, & then after Trial-Punishment by the Wilkes County Sheriff's Office - Lt. Call, seek & Obtain further Trial-Punishment through, Lt. Wingler, & or Major. Whitley 3/14/23 - 3/15/23...

# D. Cause Of Action

I am Sueing the following Defendants in their Official, & Individual Capacities for:

Violation of my Constitutional Rights, & also Immunities...With full awareness of Prior punishment for the same action's!!!:

Count, 1: Defendant, Lt. Call reviewed an incident from 3-13-23, & 3-14-23, on the date of 3-15-23 between me, & Officer. — Absher, he was also "partial" to the incident's a the Approving official, on 3-15-23 Lt. call Claim's to have done my Hearing-Trial, he then proceeded to "Serve Punishment upon me that Violated my right to Communicate with Counsel (as indicated on the attached evidence-documents, & then to finally with Officer. Absher's going along with, & allowing, Proceeded to Seek, & obtain further Trial; Punishment for the exact same action through Lt. Wingler, & or Major. Whitley who Filed Criminal Charges against me #23CR257502-960!!!-3-15-23

Count, 2: Defendant, Lt. Call reviewed an incident from 7/28/23; on 7/28/23, he was "partial" to this incident as the Approving Official, but claims to have done my Hearing-Trial as the Hearing Officer, this is not "impartial", then Proceeded to punish me, & then Seek, & Obtain further Trial; Punishment for the exact same action through, & by Lt. Wingler, & or Major. Whitley Who Filed Criminal Charges against me #23CR579418-960!!! 8-?-23

Count, 3:

Defendant, Lt. Call Stonewalled my Grievances on multiple Occasion's, Stating "This is not a Grievable matter", & when I tried to appeal he stated "There is no appeal to a Grievance" ,& Proceeded to threaten me with (more lockdown time - Punishment, for Filing fale Grievances if I did not disist.) "None of my Grievances are False, but all are "True"!!.. (Lt. Call has abridged - Violated, the 1st Amendment of the Constitution for The United States of America, by "unpeacably" threatening me under False pretences ,& denying "redress" under such pretences, on the dates of -

D2. Pretence in Part

(Bouvier Law Dictionary (2012 Edition)

Non bis in idem, Latin for, "Not twice for the Same thing" is the Principle forbidding Double-Jeopardy...

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: [redacted]

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

On correctly marked additional page

b. (1) Count 2: On correctly marked additional page

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

## E. INJURY

How have you been injured by the actions of the defendant(s)?

Mentally, Emotionally, & Financially Injured
Injured by Pretrial punishment's, & agravated-
attempted Double-Jeopardy in Progress-
Incarceration-loss of wages "Good Night
Brothers Hamhouse LLC"... Witnesses-
Marry. Kennedy, & Michael. Kennedy #336-902-6234

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action? YES ✓ NO ____

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s): DUSTIN. MICHAEL. GRIMES #111546

Defendants(s): Major. FNU. Whitley, Cpl. Roger. Hamby #822, Officer. Ian. Grant #989, Officer. Joshua. Norwood #961, Officer. Jacob. Shumate #952, Nurse. Jane. Adams, Acting-Wilkes County Jail. Dr., Dr. Garry. Nickels, Officer. Jonathan. Patrick #935

2. Name of court and case or docket number:

U.S. District Court, Western District Of N.C., Statesville Division Case # - 5:23-CV-00156-MR.....

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

This case is Still Pending!!!
P.S.: Case # 5:23-CV-00156-MR, is partially connected to this one;...

4. Issued raised:

Excessive Force, Medical Negligence, & Violation of constitutional Amendments, "14th", "4th", "6th", "8th", "5th" Forcibly taking my Blood without "Court Order" or "Warrant"

5. When did you file the lawsuit? 9-27-2023
Date: Month/Year

6. When was it (will it be) decided? ????

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES ✓ NO ____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

As Directed by Cpt. Shelby. Wyatt, through Officer. FNU. Harold on 10-11-23

I Wrote a Complaint on paper, Of Which "the Original was returned, through Cpl. Joshua. Mcgrady #976, & advised she made herself a copy on 10-12-23... & a grievance; results- advised it wasn't a grievable- matter...

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Injunctive: Order the Defendants to Retract - Quash Case#'s 23CR257502-960, & 23CR379418-960. Order the Defendant's to Cease the illegal actions of Double-Jeopardy in progress, as I have been Tried-Punished, already for these action's!!!
Monetary Damages: loss of wages, $14.00 Hr. Currently 7 month's, 5 days a week, 10 Hr. Shift, Requesting total of $10,000

JURY TRIAL REQUESTED YES ✓ NO ____

Signed at Wilkes County Jail-H-Pod cell#12 on 10-18-23.
(Location) (Date)

DUTYGrimes
Signature

**Address:** DUSTIN. MICHAEL. GRIMES #111546
Wilkes County Jail
502 Courthouse Dr.
Wilkesboro, NC. 28697
**Phone:**
**E-Mail:**

P9. 9 of 9
Last ⊖
attachments

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/(delivered) to the following individuals at the addresses listed:

Lt. Jonathan. Call # 796

MICHAEL ABSHER, Officer # 982

Major. FNU. Whitley

Lt. FNU. Wingler

This the 18th day of October, 2023.

DUTMGrimes
Signature

DUSTIN. MICHAEL. GRIMES
(Print Name)

(Evidence)

**STATE OF NORTH CAROLINA**

WILKES County

File No. 23CR379418-960

In The General Court Of Justice
[X] District [ ] Superior Court Division

**STATE VERSUS**

Name And Address Of Defendant
DUSTIN MICHAEL GRIMES
102 RIVERSIDE DR
NORTH WILKESBOR NC 28659

# CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

Process No. #RO-23-552472

Amount Of Bond $ 2,500.00

File Numbers And Offenses
23CR379418-960 MAG ORDR; M - SIMPLE ASSAULT; M - INJURY TO PERSONAL PROPERTY;

[ ] See Attachment.

Location Of Court: 0004-Wilkes County Courthouse | [X] District [ ] Superior | Date 09/20/2023 | Time 9:00 AM

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.

[X] Your release is authorized upon execution of your: [ ] WRITTEN PROMISE to appear [ ] UNSECURED BOND in the amount shown above
[ ] CUSTODY RELEASE [X] SECURED BOND in the amount shown above (**NOTE:** *Give a copy of this order to any surety who posts bond.*)
[ ] HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* ______ and the SECURED BOND above. You may leave your residence for the purpose(s) of [ ] employment [ ] counseling [ ] course of study [ ] vocational training

[ ] Your release is not authorized.
[ ] The defendant is required to provide *(check all that apply)* [ ] fingerprints under G.S. 15A-502. [ ] a DNA sample under G.S. 15A-266.3A.
Prior to release, the defendant shall provide his/her *(check all that apply)* [ ] fingerprints. [ ] DNA sample.
[ ] The defendant has been [ ] (i) charged with a felony while on probation *(complete AOC-CR-272, Side One).* [ ] (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two).*
[ ] This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated ______.
[ ] The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
[ ] The defendant was arrested or surrendered after failing to appear as required under a prior release order.
[ ] This was the defendant's second or subsequent failure to appear in this case.
[ ] Your release is subject to the conditions as shown on the attached [ ] AOC-CR-242. [ ] AOC-CR-270. [ ] AOC-CR-630. [ ] AOC-CR-631. [ ] AOC-CR-660. [ ] Other: ______.

Additional Information
FIRST APPEARANCE HEARING ON 08/08/2023 IF STILL IN CUSTODY

| Date | Name Of Judicial Official | Signature Of Judicial Official | |
|---|---|---|---|
| 08/07/2023 | Tyler Cleary | [signature] | [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court [ ] DC Judge [ ] SC Judge |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: [ ] produce him/her in Court as provided above. [X] hold him/her [ ] as provided on the attached AOC-CR-272. [X] for the following purpose: HOLD UNTIL BOND IS POSTED.

[ ] *[for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)]* produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before *(enter date and time 48 hours after time of arrest)* ______, ______ produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Name Of Judicial Official | Signature Of Judicial Official |
|---|---|---|---|
| WILKES COUNTY JAIL | 08/07/2023 | Tyler Cleary | [signature] |

AOC-CR-200, Rev. 2/21, © 2021 Administrative Office of the Courts (Over) VRA Case

Original

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing To Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| 8/9 | | | | MH |
| 9/6 | | | | SB |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 2/21

© 2021 Administrative Office of the Courts

Original

(Evidence)

# Jail Incident Report

File NO. 23CR379418-960

| Incident Number<br>202300000824 | Other Number | Printed Date/Time<br>08/20/2023 19:47 |
|---|---|---|
| **Date and Time of Incident**<br>07/28/2023 17:19 | **Date and Time Reported**<br>07/28/2023 17:19 | **ReportedBy**<br>mcgrady, joshua |
| **Location of Incident**<br>DPOD | | |

**Offenses**

| | |
|---|---|
| C3-05 | C3-05 Assaulting an inmate with a weapon capable of inflicting serious injury or resulting in serious bodily injury. |
| C2-09 | C2-09 Participating in a fight or assault. |
| C2-10 | C2-10 Damaging any part of the Jail Facility or property. |

**Offenders**

GRIMES, DUSTIN MICHEAL - 111546

HOOKER, ROBERT ERIC - 109554

**Victims**

MCDOWELL, KEONDRE TYSHAWN MAURICE - 112762

**Witnesses**

**Complainants**

GRIMES, DUSTIN MICHEAL - 111546

Hamby, Roger Briar - 822

mcgrady, joshua - 976

PATRICK, JONATHAN - 935

**Others**

**Incident Narrative**

ON 07/28/23 AT APPROX 1659 THERE WAS A FIGHT IN D POD WHEN WE ENTERED I SAW INMATE GRIMES,DUSTIN AND INMATE HOOKER, ROBERT WERE FIGHTING UNDER THE STAIRS WE HAD TO PHYSICALLY SEPARATE THEM WHEN WE WERE ESCORTING INMATE GRIMES OUT OF THE POD HE SPIT IN INMATE MCDOWELL,KEONDRE FACE WHEN INMATE MCDOWELL WAS TRYING TO PICK UP A TABLET WE HAD TO SEPARATE INMATE MCDOWELL AND INMATE GRIMES WHEN WE ARRIVED IN GHO1 INMATE GRIMES WAS YELLING "PUT A HIT OUT ON MCDOWELL HE'S A BITCH" REPEATEDLY AFTER HE WAS PLACED IN H26 HE STARTED KICKING THE DOOR WE ENTERED AND PLACED HIM TO RESTRAINTS TO BE ESCORTED TO INTAKE WHEN WE WALKED PAST G01 INMATE GRIMES STARTED "YELLING PUT A HIT ON MCDOWELL HE'S A BITCH" HE WAS ESCORTED TO INTAKE TO BE PLACED IN THE MGN CHAIR WITHOUT FURTHER INCIDENT.INMATE HOOKER WAS ESCORTED TO A POD WITHOUT FURTHER INCIDENT WHEN OFFICERS DID THERE 1700 LAP THEY WERE HANDED A BROKEN TABLET SAYING INMATE GRIMES WAS THROWING IT AT PEOPLE.

AFTER REVIEWING THE CAMERAS YOU CAN SEE INMATE GRIMES SWINGING THE TABLET AT INMATE HOOKER TRYING TO USE IT AS A WEAPON. INMATE GRIMES SWINGS WITH THE TABLET BUT HE MISSES INMATE HOOKER THE TABLET HIS THE GROUND AND BUST.

AFTER REVIEWING THE CAMERA INMATE HOOKER, ROBERT DID WALK UP TO GRIMES TO START THE FIGHT

I RECOMMEND 90 DAYS LOCK DOWN AND 14 NO PRIVILEGES FOR INMATE DUSTIN GRIMES FOR RULE VIOLATIONS C3-05, C2-09 AND C2-10

I RECOMMEND 30 DAYS LOCK DOWN 14 NO PRIVILEGES FOR INMATE ROBERT HOOKER FOR RULE VIOLATION C2-09

CAMERA: 149
TIME: 16:59 THRU 17:02

# Jail Incident Report

File NO. 23CR379418-960

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 202300000824 | | 08/20/2023 19:47 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 07/28/2023 17:19 | 07/28/2023 17:19 | mcgrady, joshua |
| **Location of Incident** | | |
| DPOD | | |

| Approving Official Name | Reporting Official Name |
|---|---|
| Call, Jonathan | mcgrady, joshua |

(Evidence)

Wilkes County Sheriff's Office

Disciplinary Report

File NO. 23CR379418-960

**Name:** GRIMES, DUSTIN MICHEAL **ID Number:** 111546

**Disciplinary Process #:** 23-0000000220 **Incident #:** 202300000824 **Housing Location:** H26-01

**Violation Date:** 07/28/2023 **Violation Time:** 17:19 **Plea:** ☑ **Waive Right to Hearing**

**Served Date:** **Served By:**

**Rules Violations:**
C2-09 Participating in a fight or assault.| C2-10 Damaging any part of the Jail Facility or property.| C3-05 Assaulting an inmate with a weapon capable of inflicting serious injury or resulting in serious bodily injury.

**Sanctions:** 3

**Loss Privileges:**
Commissary| Correspondence| Telephone privileges| Television and/or radio| Visitation

**Notes:**
90 DAYS IN LOCK DOWN WITH 14 DAYS NO PRIVILEGES
REGAINS HIS PRIVILEGES ON 08/11/23

**Days to be served in disciplinary separation:** 90 **Beginning Date:** 07/28/2023 **Ending Date:** 10/25/2023

**Offender's Signature:** ____________________ **Date/Time:** ____________

**Housing Unit Officer:** ____________________ **Date/Time:** ____________

**Hearing Date/Time:** 07/28/2023 21:20 ☑ **Guilty:**

**Evidence relied on for finding of guilt:**
VIDEO, CAMERA 149 AT 16:59

**Hearing Notes:**
INMATE DUSTIN GRIMES WAS ASKED BY ME IF HE WANTED A HEARING BY ME, LT CALL, ON 07/28/23 AT 21:20, OFFICER JOHNSON WITNESSED THE HEARING. AFTER I ASKED INMATE GRIMES, HE SHOOK HIS HEAD AND SAID "NO"

NO CHANGE IN INMATE GRIMES' TIME GIVEN

**Hearing By:**
Call, Jonathan - 796 johnson, travis - 975

(Evidence)

# STATE OF NORTH CAROLINA

WILKES County

File No. 23CR257502-960

In The General Court Of Justice
[X] District [ ] Superior Court Division

**STATE VERSUS**

*Name And Address Of Defendant*
DUSTIN MICHAEL GRIMES
6238 OLD HWY 60
HAMPTONVILLE NC 27020

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

*Process No.* #RO-23-183455

*Amount Of Bond* $ 1500

*File Numbers And Offenses*
23CR257502-960 MAG ORDR; F - MAL CONDUCT BY PRISONER/THROW;

[ ] See Attachment.

*Location Of Court* 0004-Wilkes County Courthouse

[X] *District* [ ] *Superior*

*Date* 04/05/2023 *Time* 9:00 AM

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.

[X] Your release is authorized upon execution of your: [ ] WRITTEN PROMISE to appear [ ] UNSECURED BOND in the amount shown above [ ] CUSTODY RELEASE [X] SECURED BOND in the amount shown above (**NOTE:** *Give a copy of this order to any surety who posts bond.*)
[ ] HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* ______ and the SECURED BOND above. You may leave your residence for the purpose(s) of [ ] employment [ ] counseling [ ] course of study [ ] vocational training

[ ] Your release is not authorized.

[X] The defendant is required to provide *(check all that apply)* [X] fingerprints under G.S. 15A-502. [X] a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her *(check all that apply)* [X] fingerprints. [X] DNA sample.

[ ] The defendant has been [ ] (i) charged with a felony while on probation *(complete AOC-CR-272, Side One).* [ ] (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two).*

[ ] This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated ______.

[ ] The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.

[ ] The defendant was arrested or surrendered after failing to appear as required under a prior release order.

[ ] This was the defendant's second or subsequent failure to appear in this case.

[ ] Your release is subject to the conditions as shown on the attached [ ] AOC-CR-242. [ ] AOC-CR-270. [ ] AOC-CR-630. [ ] AOC-CR-631. [ ] AOC-CR-660. [ ] Other: ______.

*Additional Information*
If still in custody on 03/16/2023 first appearance at the Wilkes County Courthouse on 03/16/2023 at 9:00am.

| *Date* | *Name Of Judicial Official* | *Signature Of Judicial Official* | |
|---|---|---|---|
| 03/15/2023 | Dakota Becerra | [signature] | [ ] *Magistrate* [ ] *Deputy CSC* [ ] *Assistant CSC* [ ] *Clerk Of Superior Court* [ ] *DC Judge* [ ] *SC Judge* |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: [ ] produce him/her in Court as provided above. [X] hold him/her [ ] as provided on the attached AOC-CR-272. [X] for the following purpose: UNTIL BOND IS POSTED.

[ ] *[for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)]* produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before *(enter date and time 48 hours after time of arrest)* ______, ______ produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| *Name Of Detention Facility* | *Date* | *Name Of Judicial Official* | *Signature Of Judicial Official* |
|---|---|---|---|
| WILKES COUNTY JAIL | 03/15/2023 | Dakota Becerra | [signature] |

(Over)

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| *Date* | *Signature Of Defendant* | *Signature Of Person Agreeing To Supervise Defendant* |
|---|---|---|
| | | |

| *Name Of Person Agreeing To Supervise Defendant (type or print)* | *Address Of Person Agreeing To Supervise Defendant* |
|---|---|
| | |

## DEFENDANT RELEASED ON BAIL

| *Date* | *Time* | *Signature Of Custodian* |
|---|---|---|
| | | |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| next ct dt 3/30/23 NO BOND Change | 3/21/23 | J. Scott |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| 5/18 | | | | SB |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 2/21

© 2021 Administrative Office of the Courts

Defendant

(Evidence)

# Jail Incident Report

File No. 23CR257502-960

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 202300000375 | | 08/28/2023 17:23 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 03/14/2023 05:24 | 03/14/2023 06:19 | YORK, Elizabeth |

**Location of Incident**
H-POD (H16)

**Offenses**

| | |
|---|---|
| C3-06 | C3-06 Physically Assaulting Jail Staff. |

**Offenders**

GRIMES, DUSTIN MICHEAL - 111546

**Victims**

**Witnesses**

absher, michael - 982

hicks, bradley - 973

HILL, SAMUEL - 945

smith, hope - 967

YORK, Elizabeth - 938

**Complainants**

**Others**

**Incident Narrative**

APPROXIMATELY 05:24:28 INMATE GRIMES HIT THE BUTTON COMPLAINING ABOUT WHY HIS UNDERWEAR & SOCKS STILL HADN'T BEEN FOUND. I, OFFICER THOMAS RESPONDED THAT I WAS UNABLE TO FIND HIS UNDERWEAR AND SOCKS BUT I WAS ABLE IN FIND HIS CUP, SPOON, SHIRT WAS LEFT BEHIND IN B-POD WHICH CAN BE SEEN C-063 AT 23:16:52. INMATE GRIMES FURIOUSLY BACK KICKS THE DOOR. OFFICER ABSHER, OFFICER HICKS AND MYSELF QUICKLY RUSHED OUT THE TOWER. I ORDER OFFICER HICKS TO MAKE HIS WAY TO INTAKE TO GRAB THE RESTRAINT CHAIR AS SGT YORK OBSERVED INMATE GRIMES BANGING HIS HEAD ON THE CELL DOOR. I, OFFICER THOMAS & OFFICER ABSHER ENTERED INTO CELL H-16 WHEN I TOLD INMATE GRIMES TWICE TO PUT HIS HANDS BEHIND HIS BACK ALL OF A SUDDEN INMATE GRIMES POSITIONED HIMSELF IN A FIGHTING STANCE. INMATE GRIMES WAS TELLING BOTH OFFICERS "COME ON" "COME ON!" I TOLD OFFICER ABSHER TO BE CAUTIOUS. OFFICER ABSHER OPENED THE DOOR IN H-16 WHEN YOU CAN SEE C-63 05:27 WHEN INMATE GRIMES CAN BE SEEN THROWING TWO PUNCHES AT OFFICER ABSHER. I, OFFICER THOMAS, TOOK GRIMES DOWN, LANDING ON THE BED AS OFFICER ABSHER ASSISTED IN TRYING TO GAIN CONTROL OF THE SITUATION. OFFICER HICKS ENTERED THE CELL FOLLOWED BY CPL HILL. OFFICERS WERE ABLE TO RESTRAIN GRIMES AFTER A STRUGGLE. HE WAS ESCORTED OUT OF HIS CELL INTO THE H-POD DAY ROOM WHERE HE WAS RESTRAINED IN THE RESTRAINT CHAIR FOR HIS SAFETY AS WELL AS THE SAFETY OF OFFICERS. INMATE GRIMES WAS SPITTING, CURSING AND THREATENING OFFICERS. AS WE BEGAN TO ROLL THE CHAIR OUT OF H, INMATE GRIMES FREED HIS FOOT FROM THE RESTRAINTS IN AN ATTEMPT TO KICK OFFICERS. HE WAS AGAIN RESTRAINED AND TAKEN TO INTAKE, SPITTING AND CURSING THE WHOLE WAY. ONCE IN INTAKE INMATE GRIMES SPIT DIRECTLY INTO OFFICER ABSHERS FACE. OFFICERS PLACED A SPIT MASK ON GRIMES' FACE BUT HE FLUNG IT OFF AND CONTINUED SPITTING.

INMATE GRIMES WAS PLACED IN HOLDING CELL 5, WHERE HE FREED HIS ARMS AND REMOVED STRAPS AND A METAL CLIP FROM THE CHAIR. INMATE GRIMES TUCKED THE METAL PIECE INTO HIS JUMPSUIT BEFORE OFFICERS ENTERED THE CELL TO RE-RESTRAIN HIM. INMATE GRIMES WAS RESTRAINED AGAIN, AND THEN MANAGED TO FREE HIS FOOT. ONCE HE FREED HIS FOOT HE INTENTIONALLY FLIPPED THE RESTRAINT CHAIR AND BEGAN BANGING HIS HEAD ON THE BENCH. OFFICERS ENTERED THE CELL AND MOVED GRIMES TO PADDED CELL 3 AS AN ADDITIONAL SAFETY PRECAUTION AS HE SEEMED INTENT ON INJURING HIMSELF.

VIEWS OF THE INITIAL INTERACTION IN H-POD CAN BE SEEN ON CAMERAS 063/104/105

VIEWS OF INMATE GRIMES ASSAULTING OFFICER ABSHER CAN BE SEEN ON CAMERAS 155/154

VIEWS OF GRIMES FREEING HIMSELF FROM THE CHAIR CAN BE SEEN ON CAMERA 157

RECOMMENDING 45 DAYS LOCKDOWN

# Jail Incident Report ▶File NO. 23CR257502-960

| Incident Number | Other Number | Printed Date/Time |
|---|---|---|
| 202300000375 | | 08/28/2023 17:23 |
| **Date and Time of Incident** | **Date and Time Reported** | **ReportedBy** |
| 03/14/2023 05:24 | 03/14/2023 06:19 | YORK, Elizabeth |
| **Location of Incident** | | |
| H-POD (H16) | | |

| Approving Official Name | Reporting Official Name |
|---|---|
| Call, Jonathan | YORK, Elizabeth |

(Evidence)

# Wilkes County Sheriff's Office

## Disciplinary Report

File No. 23CR257502-960

**Name:** GRIMES, DUSTIN MICHEAL **ID Number:** 111546

**Disciplinary Process #:** 23-0000000092 **Incident #:** 202300000375 **Housing Location:** PC3-01

**Violation Date:** 03/14/2023 **Violation Time:** 05:24 **Plea:** ☑ **Waive Right to Hearing**

**Served Date:** **Served By:**

**Rules Violations:**
C3-06 Physically Assaulting Jail Staff.

**Sanctions:** 3

**Loss Privileges:**
Commissary| Correspondence| Telephone privileges| Television and/or radio| Visitation

**Notes:**
60 DAYS IN LOCK DOWN WITH 14 DAYS NO PRIVILEGES FOR INCIDENT #'S 202300000374 AND 202300000375 REGAINS PRIVILEGES ON 03/28/23

**Days to be served in disciplinary separation:** 60 **Beginning Date:** 03/14/2023 **Ending Date:** 05/12/2023

**Offender's Signature:** ______________________ **Date/Time:** ____________

**Housing Unit Officer:** ______________________ **Date/Time:** ____________

**Hearing Date/Time:** 03/15/2023 23:02 ☑ **Guilty:**

**Evidence relied on for finding of guilt:**
VIDEO

**Hearing Notes:**
INMATE DUSTIN GRIMES WAS OFFERED A HEARING ON 03/15/23 AT 18:50, INMATE GRIMES REFUSED HIS HEARING. INMATE GRIMES IS TO DO 60 DAYS IN LOCK DOWN WITH 14 DAYS NO PRIVILEGES FOR BOTH INCIDENT REPORT #'S 202300000374 AND 202300000375.

AFTER INMATE GRIMES' 60 DAYS ARE COMPLETE IN LOCK DOWN, IT MUST BE APPROVED BY A LT OR HIGHER RANKED OFFICER TO BE MOVED FROM H POD.

**Hearing By:**
Call, Jonathan - 796 PHILLIPS, JESSE - 937

1983-Claim
Intensional-TORT

G.S. 15A-1344(f)

14th-Amendment - Due-process