# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Dustin Michael Grimes**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:23-cv-00176-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Jonathan Call | ) | |
| FNU Wingler | | |
| FNU Whitley | | |
| Michael Absher**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 9, 2023 Order.

November 9, 2023

Katherine Hord Simon, Clerk
United States District Court